# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Assessment & Training Solutions Consulting Corp. | ) | ASBCA Nos. 60208, 60209 |
| | ) | |
| Under Contract Nos. M00264-10-D-0013 | ) | |
| M00264-11-P-0074 | ) | |

APPEARANCES FOR THE APPELLANT:     Mr. Mike Gehosky
    Senior Claims Director/Corporate Officer
Mr. John R. Janota
    President

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
    Navy Chief Trial Attorney
John M. Sabatino, Esq.
Michael P. Giordano, Esq.
    Trial Attorneys
    United States Marine Corps
    Quantico, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 25 July 2016

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60208, 60209, Appeals of Assessment & Training Solutions Consulting Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals